UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                              Case No. 09-cv-40070-JPG

TERRENCE R. VANCE,

      Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Terrence R. Vance's motion to issue subpoenas (Doc. 24). Vance filed this motion *pro se*, although he is represented by attorney John Clemons. A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that Vance's motion (Doc. 24) be **STRICKEN**.

**IT IS SO ORDERED.**
**DATED:  December 16, 2009**

                           s/ J. Phil Gilbert
                           **J. PHIL GILBERT**
                           **DISTRICT JUDGE**